FILED

2009 JUN -5 PM 2: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  JUSTIN D. BALSER (Bar No. 213478)
   AKERMAN SENTERFITT LLP
2  The Kitteredge Building
   511 Sixteenth Street, Suite 420
3  Denver, Colorado 80202
   Telephone: (303) 260-7712
4  Facsimile: (303) 260-7714
   Email: justin.balser@akerman.com
5
   DONALD M. SCOTTEN (Bar No. 190532)
6  Email: donald.scotten@akerman.com
   MICHAEL B. WALL (Bar No. 252588)
7  Email: michael.wall@akerman.com
   AKERMAN SENTERFITT LLP
8  725 South Figueroa Street, 38th Floor
   Los Angeles, CA 90017
9  Telephone: (213) 688-9500
   Facsimile: (213) 627-6342
10
   PATRICK J. WALSH*
11 AKERMAN SENTERFITT
   350 East Las Olas Boulevard
12 Fort Lauderdale, Florida 33301
   Telephone: (954) 463-2700
13 Facsimile: (954) 463-2224
   Email: patrick.walsh@akerman.com
14 *pro hac vice application pending

15 MICHAEL A. ROLLIN (Bar No. 251557)
   REILLY POZNER LLP
16 The Kitteredge Building
   511 Sixteenth Street, Suite 700
17 Denver, Colorado 80202
   Telephone: (303) 893-6100
18 Facsimile: (303) 893-6110
   Email: mrollin@rplaw.com
19
   Attorneys for Plaintiff
20 LEHMAN BROTHERS HOLDINGS INC.

21              UNITED STATES DISTRICT COURT

22              CENTRAL DISTRICT OF CALIFORNIA

23 | LEHMAN BROTHERS HOLDINGS       | Case No.
   | INC.,
24 |                                | CV09-4044 JSL (MANx)
   |         Plaintiff,
25 |                                | **COMPLAINT**
   | v.
26 |
   | TOWER MORTGAGE CAPITAL INC.
27 | d/b/a NATIONAL HOME LENDERS,
   |
28 |         Defendant.

1

COMPLAINT

Plaintiff, Lehman Brothers Holdings Inc. (**LBHI**), for its Complaint against defendant, Tower Mortgage Capital Inc. d/b/a National Home Lenders (**Tower**), alleges as follows:

## NATURE OF ACTION

1. Lehman Brothers Bank, FSB (**LBB**, and together with LBHI, **Lehman**) purchased mortgage loans from Tower pursuant to written contracts. LBB subsequently assigned its rights under those contracts to LBHI.

2. Tower breached the contracts with respect to certain mortgage loans. In this action, LBHI seeks redress for those breaches and states claims against Tower for breach of contract and specific performance.

## PARTIES

3. Plaintiff LBHI is a Delaware corporation with its principal place of business in New York, New York.

4. Defendant Tower is a California corporation with its principal place of business in Rowland Heights, California.

## JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because this action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in this district under 28 U.S.C. § 1391(a)(2) because a substantial part of the events and omissions giving rise to the claims alleged herein occurred in the district and under 28 U.S.C. § 1391(c) because defendant is a corporation that is deemed to reside in the district.

## FACTUAL ALLEGATIONS

7. Lehman engages in the purchase and sale of mortgage loans.

8. Tower engages in mortgage lending, as well as the sale of mortgage loans in the secondary market to investors such as Lehman.

9. Tower entered into written Loan Purchase Agreements with LBB, including the Loan Purchase Agreement (Servicing Released Transactions) dated June 8, 2006 (the **Agreements**).

10. The Agreements specifically incorporate the terms and conditions of the Seller's Guide of Lehman's agent, Aurora Loan Services LLC, which sets forth additional duties and obligations of Tower.

11. Each of the Agreements and the Seller's Guide sets forth the duties and obligations of the parties with respect to the sale and purchase of mortgage loans, including, but not limited to, purchase price, delivery and conveyance of the mortgage loans and mortgage loan documents, examination of mortgage loan files and underwriting, representations and warranties concerning the parties and individual mortgage loans purchased or sold, and remedies for breach.

12. Tower sold mortgage loans to Lehman under the Agreements and Seller's Guide, including the loans listed on EXHIBIT A (the **EPD Loans**).

13. Subsequent to the sales, LBB assigned all of its rights and remedies under the Agreements and Seller's Guide to LBHI.

14. The Agreements and Seller's Guide specify that LBHI or its agents may demand that Tower repurchase, and that Tower shall repurchase, mortgage loans that become Early Payment Defaults.

15. A loan becomes an Early Payment Default under the Agreements and Seller's Guide in one of two ways. For loans prior-approved by the purchaser, the loan becomes an Early Payment Default if the borrower fails to make the first monthly payment due within 30 days of the payment's due date. For loans purchased pursuant to the seller's delegated underwriting authority, eligible for delegated underwriting, or purchased in bulk transactions, the loan becomes an Early Payment Default if the borrower fails to make the first or second monthly payment within 30 days of each such monthly payment's respective due date.

16. The EPD Loans became Early Payment Defaults because the borrowers failed to make the first and/or second payments within 30 days of the due dates for those payments.
17. LBHI, through its agent, provided Tower with written notice concerning the fact that the EPD Loans became Early Payment Defaults and demanded that Tower repurchase the loans.
18. Tower has refused or otherwise failed to repurchase the EPD Loans and has otherwise failed to comply with its obligations under the Agreements and Seller's Guide.

## FIRST CLAIM FOR RELIEF
### BREACH OF CONTRACT

19. LBHI realleges paragraphs 1 – 18.
20. Each of the Agreements and the Seller's Guide is a valid and enforceable contract that is binding upon Tower.
21. Lehman, Lehman's agents and any and all assignees of Lehman's rights have substantially performed all of their obligations under the Agreements and Seller's Guide.
22. Tower breached the Agreements and Seller's Guide by refusing or otherwise failing to repurchase the EPD Loans.
23. Tower's breaches of the Agreements and Seller's Guide resulted in actual and consequential damages to LBHI in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF
### SPECIFIC PERFORMANCE

24. LBHI realleges paragraphs 1 – 23.
25. In the alternative, LBHI seeks specific performance.
26. Each of the Agreements and the Seller's Guide is a valid and enforceable contract that is binding upon Tower.
27. The contractual repurchase provisions are definite.

28. The Agreements and Seller's Guide are just and reasonable.

29. Lehman, Lehman's agents and any and all assignees of Lehman's rights have substantially performed all of their obligations under the Agreements and the Seller's Guide.

30. Tower breached the Agreements and Seller's Guide by refusing or otherwise failing to repurchase the EPD Loans.

31. Due to the unique and specific nature of mortgage loans intended for securitization and the real property securing the mortgage loans, LBHI has no adequate remedy at law for redress of Tower's breach of its obligation to repurchase the EPD Loans.

32. LBHI is therefore entitled to an Order of this Court requiring specific performance by Tower of its repurchase obligations under the Agreements and Seller's Guide.

## RELIEF SOUGHT FOR THESE CLAIMS

*Wherefore*, plaintiff LBHI respectfully asks the Court to grant judgment in its favor and against defendant Tower:

    (a) Awarding damages sustained as a result of Tower's breaches of contract with respect to the Agreements and Seller's Guide, in an amount to be determined at trial, plus interest;

    (b) Granting a decree of specific performance requiring Tower to repurchase immediately the mortgage loans identified in EXHIBIT A pursuant to the Agreements and Seller's Guide;

    (c) Awarding a declaration that:

        (i) Tower is required to repurchase immediately from LBHI the mortgage loans identified in EXHIBIT A;

        (ii) Tower is required to compensate LBHI immediately for all actual and consequential damages resulting from Tower's breaches of the Agreements and Seller's Guide.

(d) Awarding LBHI reasonable attorneys' fees and costs incurred in litigating this action; and

(e) Awarding LBHI such other and further relief as the Court deems just and proper.

Dated: June 8, 2009                    Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: *Michael Wall*
Michael B. Wall
Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS INC.

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC. v. TOWER MORTGAGE CAPITAL INC.**

**EXHIBIT A**

|   | AURORA LOAN No. | NATURE OF CLAIM |
|---|---|---|
| 1 | 33385212 | EARLY PAYMENT DEFAULT |
| 2 | 33484999 | EARLY PAYMENT DEFAULT |

{FT589942;1}

Donald M. Scotten, SBN 190532
Michael B. Wall, SBN 252588
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 688-9500/Fax: (213) 627-6342

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br><br>PLAINTIFF(S)<br>v.<br><br>TOWER MORTGAGE CAPITAL INC. d/b/a<br>NATIONAL HOME LENDERS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09-4044 JSL (MANx)**<br><br>SUMMONS |

TO: DEFENDANT(S): TOWER MORTGAGE CAPITAL INC. d/b/a NATIONAL HOME LENDERS

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Donald M. Scotten_____, whose address is __Akerman Senterfitt, 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUN - 5 2009__   By: __NATALIE LONGORIA__
                                  Deputy Clerk
                                  (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

CV-01A (12/07)                     SUMMONS

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Lehman Brothers Holdings Inc.

**DEFENDANTS**

Tower Mortgage Capital Inc. d/b/a National Home Lenders

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Donald M. Scotten, SBN 190532/Michael B. Wall, SBN 252588
AKERMAN SENTERFITT LLP, 725 South Figueroa Street, 38th Floor
Los Angeles, California 90017 - Telephone: (213) 688-9500

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☑ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No       ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. s 1332(a)(1)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV |  | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☑ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations |  | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise |  | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application |  | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions |  |  | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land |  |  |  | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV09-4044**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                   CIVIL COVER SHEET                                   Page 1 of 2



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ Michael Wall_____  Date June 5, 2009
Michael B. Wall

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge J. Spencer Letts and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

**CV09- 4044 JSL (MANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY